| | |
|---|---|
| SCOTT ALLEN ALTLAND,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>ANDREW M. SAUL, Commissioner of Social )<br>Security,  )<br>  Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:20-CV-24-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on March 10, 2021, and Copies To:**

| | |
|---|---|
| Charles F. Hall, IV | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:
March 10, 2021

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
Deputy Clerk