IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(SOUTHERN DIVISION)

| | |
|---|---|
| SCOTT ALLEN ALTLAND, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 7:20-cv-00024-D |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Consistent with the agreement between the parties, it is ORDERED that Defendant pay to Plaintiff $7,000.00 in EAJA fees and $400.00 in costs, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charles F. Hall, IV, and mailed to his office at The Law Office of Charles F. Hall, IV, 2200 Silas Creek Parkway, Suite 5A, Winston-Salem, NC 27103, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __10__ day of June, 2021.

JAMES C. DEVER III
United States District Judge