IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CV-00024-D

| | | |
|---|---|---|
| SCOTT ALLEN ALTLAND, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S ORDER TO** |
| | ) | **MOTION** |
| | ) | **FOR 42 U.S.C. § 406(b) FEES** |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's counsel filed a motion for approval of attorney's fees under section

206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $26,331.00.

Attorney's fees under section 206(b) are paid from past-due benefits awarded to a

successful claimant. 42 U.S.C. § 406(b). Plaintiff's counsel will reimburse Plaintiff

the amount in fees he previously received under the Equal Access Justice Act, 28

U.S.C. § 2412 in the amount of $7,000.00.

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S.

789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. §

406(b) in the amount of $26,331.00.

SO ORDERED. This __2__ day of December, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE