UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

SCOTT ALLEN ALTLAND,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　**JUDGMENT IN A CIVIL CASE**
　　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　**CASE NO. 7:20-CV-24-D**
KILOLO KIJAKAZI, Acting Commissioner of )
Social Security,　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　　)

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees.
under 42 U.S.C. § 406(b) in the amount of $26,331.00.

**This Judgment Filed and Entered on December 2, 2022, and Copies To:**
| | |
|---|---|
| Charles F. Hall, IV | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |
| Thomas Paul Zimarowski | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
December 2, 2022　　　　　　　　　　　(By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　Deputy Clerk