IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
(SOUTHERN DIVISION)

| | |
|---|---|
| SCOTT ALLEN ALTLAND, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 7:20-cv-00024-D |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

AND NOW, it is hereby ORDERED that Plaintiff's Motion for an Award of Attorney Fees pursuant to 42 U.S.C. § 406(b) is GRANTED. Counsel for Plaintiff is awarded attorney fees in the amount of $9,971.00.

SO ORDERED. This the 19 day of May, 2023.

*/s/ Dever*
JAMES C. DEVER III
United States District Judge