UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SCOTT ALLEN ALTLAND, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 7:20-CV-24-D** |
| v. | ) | |
| | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for an Award of Attorney Fees pursuant to 42 U.S.C. § 406(b) is GRANTED. Counsel for Plaintiff is awarded attorney fees in the amount of $9,971.00.

**This Judgment Filed and Entered on May 19, 2023, and Copies To:**

| | |
|---|---|
| Charles F. Hall , IV | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |
| Thomas Paul Zimarowski | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK
May 19, 2023  (By) /s/ Stephanie Mann
  Deputy Clerk